## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

—————

No. 12-20784

—————

In the Matter of:  HERITAGE ORGANIZATION, L.L.C.,

United States Court of Appeals
Fifth Circuit

**FILED**

November 5, 2013

Lyle W. Cayce
Clerk

Debtor

----------------------------

GARY KORNMAN,

Appellant

v.

DENNIS S. FAULKNER,

Appellee

—————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:12-CV-449

—————————————

*Consolidated With*
No. 13-10471

In the Matter of:  HERITAGE ORGANIZATION, L.L.C.,

Debtor

----------------------

GARY M. KORNMAN; STEADFAST INVESTMENTS, L.P.;
GMK FAMILY HOLDINGS, L.L.C.; STEADFAST, L.P.;
STRATEGIC LEASING, L.P.;
EXECUTIVE AIRCRAFT MANAGEMENT, L.L.C.;

No. 12-20784 cons. with No. 13-10471

TIKCHIK INVESTMENTS PARTNERSHIP, L.P.;
EXECUTIVE AIR CREWS, L.L.C.;
FINANCIAL MARKETING SERVICES, INCORPORATED;
HERITAGE PROPERTIES, L.L.C.;
HERITAGE ORGANIZATION AGENCY, INCORPORATED;
VALIANT LEASING, L.L.C.; VEHICLE LEASING, L.L.C.,

Appellants

v.

DENNIS FAULKNER,
Trustee of the Heritage Creditors Trust,

Appellee

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No: 3:12-CV-1574

---

Before JOLLY, JONES, and BARKSDALE, Circuit Judges.

PER CURIAM:*

The court has carefully considered these appeals in light of the oral arguments, briefs, and pertinent portions of the record. Having done so, we find no reversible error of law or fact and no jurisdictional deficiencies. Consequently, all orders and judgments before us are AFFIRMED. *See* 5th Cir. R. 47.6.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4